# Third District Court of Appeal

**State of Florida**

Opinion filed August 26, 2015
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1540
Lower Tribunal Nos. 13-2245 & 13-14713

_____

**Israel Martinez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Rodolfo A. Ruiz, Judge.

Israel Martinez, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SALTER, FERNANDEZ, and LOGUE, JJ.

PER CURIAM.

We affirm based on the thorough and well-reasoned opinion of the trial court.

Affirmed.